No. 134. SIMPSON ET AL. *v.* SOUTHWESTERN RAILROAD Co. ET AL. C. A. 5th Cir. Certiorari denied. *Charles J. Bloch* for petitioners. *Walter A. Harris* and *John B. Miller* for respondents.

No. 136. MUNGIOLE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Jacob Kossman* for petitioner. *Simon E. Soboloff,* then Solicitor General, *Assistant Attorney General Olney, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 140. PAPANIKOLAOU *v.* ATLANTIC FREIGHTERS, LTD., ET AL.; and

No. 141. THOMPSON, ADMINISTRATOR, *v.* ENDARA ET AL. Supreme Court of Appeals of Virginia. Certiorari denied. *Jacob L. Morewitz* for petitioners. *Harry E. McCoy* for respondents in No. 140. *Raymond T. Greene, Guilford D. Ware* and *Hugh S. Meredith* for respondents in No. 141.

No. 143. CORY ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Watson Washburn* for petitioners. *Simon E. Soboloff,* then Solicitor General, *Assistant Attorney General Rice, Lee A. Jackson* and *Morton K. Rothschild* for respondent.

No. 144. TUCK ET AL. *v.* CITY OF EL PASO ET AL. Court of Civil Appeals of Texas, Eighth Supreme Judicial District. Certiorari denied. *Dan Moody* and *J. F. Hulse* for petitioners.

No. 145. JOHN DANZ CHARITABLE TRUST *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *F. A. LeSourd* for petitioner. *Simon E. Soboloff,*